UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC DAVID DAILEY,<br><br>        Plaintiff,<br><br>    v.<br><br>WESTSIDE CHURCH TABERNACLE, and MICHAEL KLANN<br><br>        Defendants. | Case No. 1:20-cv-00168-DAD-EPG<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS<br><br>**THIRTY (30) DAY DEADLINE** |

      On January 31, 2020, Plaintiff, Isaac David Dailey, initiated this action by filing a Complaint. (ECF No. 1.) Plaintiff has neither paid the $400.00 filing fee for this action, nor submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

      Based on the foregoing, it is HEREBY ORDERED that:

      1.      The Clerk's Office shall send Plaintiff an application to proceed in forma pauperis

1

for a prisoner; and

    2.    Within **thirty (30) days** from the date of service of this order, Plaintiff SHALL either file an application seeking leave to proceed in forma pauperis, completed and signed, or pay the $400.00 filing fee for this action. **If Plaintiff fails to comply with this order, the Court will recommend dismissal of this action, with prejudice, for failure to prosecute and failure to obey a court order**.

IT IS SO ORDERED.

Dated: **February 4, 2020**             /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE