UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC DAVID DAILEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WESTSIDE CHURCH TABERNACLE, and MICHAEL KLANN<br><br>　　　　Defendants. | Case No.  1:20-cv-00168-DAD-EPG<br><br>**FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION BE DISMISSED, WITHOUT PREJUDICE**<br><br>**OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN (14) DAYS** |

On January 31, 2020, Plaintiff, Isaac David Dailey, initiated this action by filing a Complaint. (ECF No. 1.) Plaintiff did not pay a filing fee. Thus, on February 4, 2020, the Court entered an order directing Plaintiff to either submit an application to proceed *in forma pauperis* or pay the $400 filing fee. (ECF No. 3.) Because Plaintiff is a prisoner, any application to proceed *in forma pauperis* must be accompanied by a certified statement by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in Plaintiff's institutional accounts.

On February 27, 2020, Plaintiff filed an application to proceed *in forma pauperis* (ECF No. 4). Plaintiff did not attach a certified statement from the institution(s) of confinement. However, Plaintiff submitted a request for a 30-day extension of time to submit the certified statement. (ECF No. 5.) The Court granted the motion for extension of time, setting a deadline of

April 3, 2020, for Plaintiff to submit the certified statement in support of his application to proceed *in forma pauperis*. (ECF No. 6.) This deadline passed more than two months ago and Plaintiff still has not submitted the certified statement.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. This action be dismissed, without prejudice, for Plaintiff's failure to pay the filing fee pursuant to 28 U.S.C. § 1914 or to file a <u>complete</u> application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, and specifically for failing to submit, in support of his application, a certified statement by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in Plaintiff's institutional accounts; and

2. The Clerk of Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, Plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."

Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:  **June 9, 2020**               /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE