UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC DAVID DAILEY, | No. 1:20-cv-00168-DAD-EPG |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| WESTSIDE CHURCH TABERNACLE, et al, | (Doc. Nos. 4, 7) |
| Defendants. | |

Plaintiff Isaac David Dailey is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 9, 2020, the assigned magistrate judge entered findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to pay the required filing fee or file a complete application to proceed *in forma pauperis*. (Doc No. 7.) On June 24, 2020, the order adopting the findings and recommendations that had been served to plaintiff's mailing address of record were returned as "Undeliverable, Return to Sender, Not at

/////

/////

/////

1

E.S.P."[1]  The findings and recommendations contained notice that objections thereto were due within fourteen (14) days.  (*Id.* at 2.)  No objections have been filed, and the deadline to do so has now passed.

Accordingly,

1. The findings and recommendations entered on June 9, 2020 (Doc. No. 7) are adopted in full;

2. This case is dismissed without prejudice due to plaintiff's failure to pay the filing fee pursuant to 28 U.S.C. § 1914 or file a complete application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **November 23, 2020**

_____
UNITED STATES DISTRICT JUDGE

---

[1]  Local Rule 183(b) provides that

> [a] party appearing *in propria persona* shall keep the Court and opposing parties advised as to his or her current address.  If mail directed to a plaintiff *in propria persona* by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

The court notes that it has been over sixty-three days since the findings and recommendations were returned on June 24, 2020, and plaintiff has not notified the court of a change of his address of record.